No. 10200. Application for Writ of Mandamus Filed by HAROLD R. BROWN.
Submitted November 9, 1960.
Decided December 6, 1960.

357 P.2d 49.

MR. CHIEF JUSTICE HARRISON:

Original petition for writ of mandate brought by Harold R. Brown, an inmate of the Montana State Prison.

It appearing that the petition is without merit the writ is denied and the proceeding is dismissed.

MR. JUSTICES ANGSTMAN and CASTLES concur.